# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

KATHRYN-ELIZABETH D'ANDREA, )
            )
     **Plaintiff,**      )
            )
**v.**               )   Case No.: _____
            )
**P&S TRANSPORTATION, LLC,**   )   **[Removed from the Circuit Court for**
**BLAIR LOGISTICS, LLC (improperly** )   **Hamilton County at Chattanooga,**
**denominated Blair Logistics, Inc.),** )   **Tennessee, Civil Action No.: 24C823]**
**and**            )
**MICHAEL JAY,**        )
            )
     **Defendants.**     )

---

## NOTICE OF REMOVAL

---

   PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 *et seq.,* Defendants P&S Transportation, LLC, Blair Logistics, LLC and Michael Jay hereby file this Notice of Removal of this action from the Circuit Court for Hamilton County at Chattanooga, Tennessee. In support of removal, Defendants state the following:

   1.  On July 26, 2024, Plaintiff commenced a civil action against Defendants in the Circuit Court for Hamilton County at Chattanooga, Tennessee, styled *Kathryn-Elizabeth D'Andrea v. P&S Transportation, LLC, Blair Logistics, Inc., and Michael Jay,* Civil Action No. 24C823 (the "State Court Action").

1

2.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because Defendants P&S Transportation, LLC and Blair Logistics, LLC were each served with a copy of the State Court Action on August 1, 2024, and Defendant Michael Jay was served with a copy of the State Court Action on August 3, 2024.  Service on each Defendant was effected within thirty (30) days of the filing of this Notice of Removal.

3.      Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** are copies of all process and pleadings served upon Defendants to date in the State Court Action.

4.      This action is removed on the basis of diversity of citizenship pursuant to 28 U.S.C. §§ 1332 and 1441(b).

5.      Plaintiff is, and at all times material to this action was, a citizen of the State of Tennessee. (Complaint at ¶1.)

6.      Defendant P&S Transportation, LLC is, and at all times material to this action was an Alabama limited liability company with its principal place of business in Birmingham, Alabama. (Complaint at ¶2.)

7.      Defendant Blair Logistics, LLC is, and at all times material to this action was, an Alabama limited liability company with its principal place of business in Birmingham, Alabama. (Complaint at ¶5.)

8.      Defendant Michael Jay is, and at all times material to this action was, a citizen of the Commonwealth of Kentucky.  (Complaint at ¶8.)

9.      The amount in controversy exceeds $75,000.00, exclusive of interest and costs, in that Plaintiff seeks pecuniary compensatory damages in an amount not to exceed

2

$500,000.00. (Complaint at ¶33.) 28 U.S.C. § 1446(c) permits this Court to deem the sum demanded by Plaintiff in her State Court Action as the amount in controversy.

10.     This action is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441(a) because the subject action is between citizens of different States and because the amount in controversy is one in which the district courts have original jurisdiction.

11.     Venue is proper pursuant to 28 U.S.C. § 1441(a) in the United States District Court for the Eastern District, Chattanooga Division, which embraces Hamilton County, Tennessee, the place where the state court action was pending and where the underlying motor vehicle accident occurred.

12.     Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal (**Exhibit B**) is being served upon Plaintiff and upon the Clerk of the Circuit Court for Hamilton County at Chattanooga, Tennessee.

By filing this Notice of Removal, Defendants do not waive, either expressly or impliedly, their respective rights to assert any defense they could have asserted in the Circuit Court for Hamilton County at Chattanooga, Tennessee, in the United States District Court for the Eastern District of Tennessee. Defendants reserve the right to amend or supplement this Notice of Removal.

3

Respectfully submitted,

**P&S TRANSPORTATION, LLC,**
**BLAIR LOGISTICS, LLC and**
**MICHAEL JAY**

By:   _s/Gregory K. Haden_
       Gregory K. Haden, Esq. (BPR #: 010460)
       **HUNTER, SMITH & DAVIS, LLP**
       1212 North Eastman Road
       P.O. Box 3740
       Kingsport, TN 37664-0740
       P: 423/378-8830; Fax: 423/38-8801
       E-mail: ghaden@hsdlaw.com
       *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, a copy of the foregoing **Notice of Removal** was filed electronically. Notice of this filing will be sent by e-mail and by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Postal Service, postage prepaid. Parties may access this filing through the Court's electronic filing system.

Patrick A. Cruise, Esq. (BPR #: 024099)
THE HAMILTON FIRM
2401 Broad Street, Suite 102
Chattanooga, TN 37408
P: 423/634-0871; Fax: 423/634-0874
E-mail: pac@thehamiltonfirm.com
*Counsel for Plaintiff,*
*Kathryn-Elizabeth D'Andrea*

_s/Gregory K. Haden, Esq._

4